AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  SPARKS, SAM | 2. Court or Organization  DISTRICT COURTS--Texas Western | 3. Date of Report  5/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR ARTICLE III JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
501 W. Fifth Street, Suite 4120
Austin, Texas 78701-3822

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SPARKS, SAM** | 5/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH ACCOUNTS (H) | | | | | | | | | |
| 2. American Bank of Commerce | A | Interest | N | T | | | | | |
| 3. Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 4. ML Bank Deposit Program | C | Interest | J | T | | | | | |
| 5. Frost Bank | A | Interest | N | T | | | | | |
| 6. Preferred Deposit Money Market | A | Interest | M | T | Buy | 12/04/18 | M | | |
| 7. | | | | | | | | | |
| 8. STOCKS (H) | | | | | | | | | |
| 9. AIPS Alerian MLP ETF | B | Dividend | L | T | | | | | |
| 10. California Resource | A | Dividend | J | T | | | | | |
| 11. Invesco Variable (formerly Powershares Variable Rte Poreferred ETF) | D | Dividend | M | T | | | | | |
| 12. Morgan Stanley New Money Series A FLT Preferred | D | Dividend | M | T | | | | | |
| 13. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 14. Royal Dutch Shell PLC | E | Dividend | N | T | | | | | |
| 15. SCE Trust Preferred | D | Dividend | L | T | Buy | 01/24/18 | L | | |
| 16. Vaneck Vectors Preferred Securities Ex. Financials | A | Dividend | L | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BONDS (H) | | | | | | | | | |
| 19. Abilene TX CTFS | A | Interest | L | T | | | | | |
| 20. Austin TX LTD GO | A | Interest | L | T | | | | | |
| 21. Beaumont TX ISD | A | Interest | L | T | | | | | |
| 22. Cypress-Fairbanks TX ISD | A | Interest | K | T | | | | | |
| 23. Dallas Cnty Tx Comnty College | A | Interest | K | T | | | | | |
| 24. Dallas TX ISD | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 25. Ft. Worth TX ISD | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 26. Granbury TX ISD | A | Interest | L | T | | | | | |
| 27. Harris Cnty TX G/O RFDG | A | Interest | | | Redeemed | 10/1/18 | K | A | |
| 28. Houston TX RFDG Pub Impt | A | Interest | | | Redeemed | 03/01/18 | L | A | |
| 29. Humble TX ISD | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 30. Jacksonville TX ISD | A | Interest | L | T | | | | | |
| 31. La Joya TX ISD | A | Interest | L | T | | | | | |
| 32. La Joya TX ISD | A | Interest | | | Redeemed | 02/15/18 | J | A | |
| 33. Lubbock TX CTFS | A | Interest | L | T | | | | | |
| 34. Northwest TX ISD GO | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pearland ISD GO | A | Interest | K | T | | | | | |
| 36. Plano TX GO BDS | A | Interest | | | Redeemed | 03/01/18 | L | A | |
| 37. Richardson TX ISD | A | Interest | | | Redeemed | 02/15/18 | J | A | |
| 38. SOCORRO Tex ISD G/O | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 39. UT Austin Rev. | B | Interest | | | Redeemed | 08/15/18 | K | A | |
| 40. US Treasury Note | D | Interest | O | T | Buy | 07/30/18 | O | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. MERRILL LYNCH IRA (H) | | | | | | | | | |
| 44. CASH ACCOUNT: (H) | | | | | | | | | |
| 45. Bank of America, NA | A | Interest | M | T | | | | | |
| 46. | | | | | | | | | |
| 47. STOCKS (H) | | | | | | | | | |
| 48. ALPS Alerian MLPETF | D | Dividend | L | T | | | | | |
| 49. American Balance | E | Dividend | P1 | T | | | | | |
| 50. Bristol Myers Squibb Co. | B | Dividend | | | Sold | 02/22/18 | L | E | |
| 51. Chevron-Texaco Corp. | D | Dividend | N | T | Sold (part) | 01/24/18 | L | F | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DTE Energy PFD | C | Dividend | L | T | | | | | |
| 53. Entergy Arkansas PFD | C | Dividend | L | T | | | | | |
| 54. Entergy LA PFD | C | Dividend | L | T | | | | | |
| 55. Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 56. Halliburton | B | Dividend | K | T | | | | | |
| 57. IShares 7-10 ETF | D | Dividend | N | T | | | | | |
| 58. IShares 20+ Year Treasury Bond ETF | B | Dividend | M | T | | | | | |
| 59. Johnson & Johnson | D | Dividend | | | Sold (part) | 02/22/18 | M | F | |
| 60. | D | Dividend | | | Sold | 07/30/18 | M | F | |
| 61. Morgan Stanley PFD | C | Dividend | L | T | | | | | |
| 62. Nextera Energy PFD | C | Dividend | L | T | | | | | |
| 63. Invesco Variable (formerly Powershares Variable Rte Poreferred ETF) | C | Dividend | M | T | | | | | |
| 64. Proctor & Gamble Co. | C | Dividend | | | Sold | 03/11/18 | M | D | |
| 65. Royal Dutch Shell PLC | D | Dividend | L | T | | | | | |
| 66. SCE Trust II PDFSTK 05.100% Jan. 1 2049 | C | Dividend | L | T | | | | | |
| 67. Steris Corp. | B | Dividend | | | Sold | 01/24/18 | L | F | |
| 68. Vanguard (VCSH) | B | Dividend | L | T | Buy | 01/24/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard (VCIT) | C | Dividend | L | T | Buy | 02/24/18 | L | | |
| 70. Vanguard (VCSH) | B | Dividend | L | T | Buy | 02/22/18 | L | | |
| 71. Vanguard (VCIT) | C | Dividend | L | T | Buy | 02/21/18 | L | | |
| 72. Vanguard (VCSH) | A | Dividend | L | T | Buy | 05/11/18 | L | | |
| 73. Vanguard (VCIT) | B | Dividend | K | T | Buy | 05/11/18 | L | | |
| 74. | | | | | | | | | |
| 75. BONDS: (H) | | | | | | | | | |
| 76. US Treasury Bill | B | Interest | | | Buy | 07/30/18 | M | | |
| 77. | | | | | Redeemed | 11/15/18 | M | A | |
| 78. US Treasury Note 2% | A | Interest | L | T | Buy | 08/02/18 | L | | |
| 79. | | | | | | | | | |
| 80. MISCELLANEOUS (H) | | | | | | | | | |
| 81. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 82. | | | | | | | | | |
| 83. ▓▓▓ - SEPARATE PROPERTY (H) | | | | | | | | | |
| 84. EDWARD JONES -- (H) | | | | | | | | | |
| 85. Am Fund Co. Class A Capital Income Builder Fund | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. Am Fund Co. Class A Growth Fund of Am. | A | Dividend | M | T | | | | | |
| 87. Pacific Life Fund Optimization Conservative Class A | B | Dividend | M | T | | | | | |
| 88. | | | | | | | | | |
| 89. BENIFICIARY-CB&T Trustee IRA of Spouse's Dec'd Parent | C | Distribution | L | T | | | | | |
| 90. American Mutual Fund Inc Class A | A | Dividend | K | T | | | | | |
| 91. Bond Fund of American Inc Class A | A | Dividend | K | T | | | | | |
| 92. Capital World Growth & Income Class A | A | Dividend | K | T | | | | | |
| 93. Annuity American General Polaris II Variable Annuity--B Share | A | Dividend | L | T | | | | | |
| 94. | | | | | | | | | |
| 95. IRA-EDWARD JONES CUSTODIAN (H) | | | | | | | | | |
| 96. John Hancock Lifestyle Growth | A | Dividend | | | Sold | 05/18/18 | L | A | |
| 97. STOCKS (H) | | | | | | | | | |
| 98. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 99. Lamb Weston Holding, spin-off of Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 100. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 101. Chevron Corp. | A | Dividend | J | T | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 104.  Property - Brewster Co, TX | | None | J | W | | | | | |
| 105.  Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 106.  Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ SAM SPARKS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544